**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

—————————————————————
                                                    )
PERRIGO ISRAEL                                      )
PHARMACEUTICALS LTD., ET AL.                        )
                                                    )
            Plaintiffs,                             )        No. 14-cv-00475 (RJL)
                                                    )
        v.                                          )
                                                    )
UNITED STATES FOOD                                  )
AND DRUG ADMINISTRATION,                            )
                                                    )
            Defendant.                              )
—————————————————————)

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Perrigo Israel Pharmaceuticals Ltd. and Perrigo Company provide

notice that the above-captioned action is dismissed pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i).

Dated: July 24, 2014                         Respectfully submitted,


                                          _____*/s/ J.P. Ellison*_____
                                          James P. Ellison (D.C. Bar No. 477931 )
                                          Kurt R. Karst (D.C. Bar No. 482615)
                                          Hyman, Phelps & McNamara, P.C.
                                          700 13th Street, N.W., Suite 1200
                                          Washington, D.C.  20005
                                          Phone:    (202) 737-5600
                                          Fax:      (202) 737-9329

                                          *Attorneys for Perrigo Israel
                                          Pharmaceuticals Ltd. and Perrigo
                                          Company*